SAMUEL WOLFSON, on Behalf of Himself and Other Creditors of FISHKIND REALTY CO., INC., Who May Come into the Action, Respondent, v. SAMFRED HOLDING CORPORATION and FISHKIND REALTY CO., INC., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

WOODHAVEN HOUSING CORPORATION, Respondent, v. JOHN KAISER, Appellant. — Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

JEANNETTE ZUCKERMAN, Appellant, v. GEORGE F. PARTON, Respondent.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Davis, J., dissents.

JOSEPH ZUCKERMAN, Appellant, v. GEORGE F. PARTON, Respondent.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Davis, J., dissents.

## FIRST DEPARTMENT, MAY, 1932.

ALBERT FISHER, Respondent, v. MAX AMSEL, Appellant.

FINCH, P. J. (dissenting). I dissent and vote to reverse and grant a new trial, on the ground that plaintiff should not be permitted to recover the balance claimed to be due under the contract. As I view it, the contract was not fully performed. Plaintiff should be limited to a recovery if at all on the basis of a *quantum meruit.*